946

No. 82–5126. VAUGHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5287. HOWARD v. OHIO. Ct. App. Ohio, Greene County. Certiorari denied.

No. 82–5288. SELLARS v. CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–5292. FLOWERS v. FAIR. C. A. 1st Cir. Certiorari denied.

No. 82–5293. JONES v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 82–5295. PHEGLEY v. GREER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5296. GARY v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5301. WEINRAUCH v. UNIVERSITY OF THE STATE OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5307. IN RE GANEY. C. A. 4th Cir. Certiorari denied.

No. 82–5312. WRIGHT v. EDWARDS ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5318. ANDREWS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 82–5320. KAUFMAN, AKA OJO v. TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.